IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TODD NORWOOD,
    Plaintiff,

vs.                                          Case No.:  3:16cv57/RV/EMT

OFFICER SMITH, et al.,
    Defendants.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 18, 2016 (ECF No. 16). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 17), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff Norwood's federal claims are **DISMISSED with prejudice**, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

3. Plaintiff's state law claims are **DISMISSED without prejudice** to his pursuing them in state court;

4. The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 19th day of September, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**